# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                MAGISTRATE JUDGE'S DOCKET
                            NO.2010-0464-RBC

ELLIOT W. DOXER,
        Defendant.

## *ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT*

COLLINGS, U.S.M.J.

      Upon the allowance of the motion of the defendant, it is ORDERED that the DETENTION HEARING be, and the same hereby is, CONTINUED GENERALLY.  A Status Conference is set for **FRIDAY, OCTOBER 15, 2010 AT 2:00 P.M.  before the undersigned** at Courtroom #23, John Joseph Moakley United States Courthouse, Boston, Massachusetts.

      Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

                                        /s/ *Robert B. Collings*
                                        ROBERT B. COLLINGS
                                        United States Magistrate Judge

Date:  October 7, 2010.