UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.                           ) | No. 10-mj-00464-RBC-1 |
| ) | |
| ELLIOT W. DOXER,     ) | |
|        Defendant. ) | |

**NOTICE OF APPEARANCE**

Thomas J. Butters hereby enters his appearance in the above-referenced matter on behalf of the defendant, Elliot W. Doxer.

    /s/  Thomas J. Butters
Thomas J. Butters
B.B.O. 068260
Butters Brazilian, LLP
One Exeter Plaza
Boston, Massachusetts 02116
(617) 367-2600
fax: (617) 367-1363
butters@buttersbrazilian.com

Dated: October 12, 2010

**CERTIFICATE OF SERVICE**

I hereby certify that the above document was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

    /s/ Thomas J. Butters
    Thomas J. Butters