AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

United States, Plaintiff

v.

Elliot Doxer, Defendant

Case No. 10-MJ-0464-RBC

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: *for today's hearing only*

Elliot Doxer

Date: _____

James W. Lawson
*Attorney's signature*

James W. Lawson
*Printed name and bar number*

Prince Lobel
100 Cambridge St
Boston
*Address*

jlawson@princelobel.com
*E-mail address*

617.456.8000
*Telephone number*

617.456.8100
*FAX number*

**FILED**
In Open Court
USDC, MA
Date 10-7-10
By Noreen Russo
Deputy Clerk