UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL No. 10-MJ-00464-RBC |
| v. | |
| ELLIOT W. DOXER, | |
| Defendant | |

NOTICE OF APPEARANCE FOR
ASSISTANT UNITED STATES ATTORNEY SCOTT L. GARLAND

Assistant United States Attorney Scott L. Garland will be representing the United States as counsel for the government in this matter.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: */s/ Scott L. Garland*
SCOTT L. GARLAND
Assistant United States Attorney

CERTIFICATE OF SERVICE

I certify that this document was filed on the date listed below through the ECF system, which will provide electronic notice to counsel as identified on the Notice of Electronic Filing.

*/s/ Scott L. Garland*
Scott L. Garland
Assistant United States Attorney

Dated: October 21, 2010