**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| v. | ) | No. 10-mj-00464-RBC-1 |
| ELLIOT W. DOXER, | ) | |
| Defendant. | ) | |

### ASSENTED TO MOTION TO MODIFY CONDITIONS OF RELEASE

The Defendant, Elliot Doxer ("Doxer"), requests that the Court modify his conditions of release to allow him to move out of his father's residence and reside with his wife and child in the family home.

Counsel for the government, William D. Weinreb, and Eric Gray of Pretrial Services, assent to the allowance of this motion.

WHEREFORE, Doxer requests that the Court allow his motion.

ELLIOT DOXER
By his attorneys,

 /s/ Thomas J. Butters
Thomas J. Butters
B.B.O. 068260
Butters Brazilian, LLP
One Exeter Plaza
Boston, Massachusetts 02116
(617) 367-2600

Dated: December 21, 2010        butters@buttersbrazilian.com

### CERTIFICATE OF SERVICE

I hereby certify that the above document was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

 /s/ Thomas J. Butters
Thomas J. Butters