# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | No. 10-mj-00464-RBC-1 |
| ELLIOT W. DOXER, Defendant. | ) ) ) ) | |

## ASSENTED TO MOTION TO MODIFY CONDITIONS OF RELEASE

The Defendant, Elliot Doxer ("Doxer"), requests that the Court modify his conditions of release to allow his wife, Revital Doxer ("Revital"), to retrieve her passport from Pretrial Services. As grounds therefor, Doxer states that:

1. One of Doxer's conditions of release included the surrender of Revital's passport. This condition was set with the understanding that the passport would be returned if Revital's mother, who has a history of poor health and lives in Israel, became ill.

2. In the last week, Revital's mother has been admitted to the hospital on two separate occasions. Revital would like to travel to Israel to care for her mother during this time.

3. Counsel for the government, William D. Weinreb, assents to the allowance of this motion. Pretrial Services takes no position on this motion.

WHEREFORE, Doxer requests that the Court allow his motion.

2

                                                ELLIOT DOXER
                                                By his attorneys,

                                                /s/ Matthew D. Thompson
                                                Thomas J. Butters
                                                B.B.O. 068260
                                                Matthew D. Thompson
                                                B.B.O. 655225
                                                Butters Brazilian, LLP
                                                One Exeter Plaza
                                                Boston, Massachusetts 02116
                                                (617) 367-2600
Dated: April 25, 2011                          butters@buttersbrazilian.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the above document was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

                                  /s/ Matthew D. Thompson
                                      Matthew D. Thompson